IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18CV23

| | |
|---|---|
| ANTHONY PARKER, ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| RANDSTAD NORTH AMERICA, L.P., ) | |
| Defendant. ) | |

This matter is before the Court upon the *pro se* Plaintiff's "Amended Denial of Removal to Federal Court" filed on January 26, 2018. This case was originally filed in Mecklenburg County Superior Court on December 7, 2017. On January 3, 2018, prior to removal of the case to this Court, Plaintiff filed a "Motion to Drop Complaint" in the Superior Court, in which he requested that the Superior Court "Drop complaint against Defendant Randstad North America, L.P." The motion remained pending upon removal. It appears that the Plaintiff wishes to voluntarily dismiss his Complaint. As Defendant has yet to file an Answer, the Court will treat Plaintiff's Motion as a voluntary dismissal under Rule 41(a)(1) of the Federal Rules of Civil Procedure and dismiss this action without prejudice.

IT IS SO ORDERED.

Signed: January 30, 2018

Graham C. Mullen
United States District Judge